AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PATAGONIA, INC.<br><br>*Plaintiff(s)*<br>v.<br>PATAGONIA CANDLES LLC, et al,<br><br>*Defendant(s)* | Civil Action No.  25-CV-25160 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALEJANDRO MIQUELRENA
1835 NW 112th Ave. 174
Miami Florida, 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaime Rich Vining, Esq.
Friedland Vining, P.A.
6619 South Dixie Highway, Box 157
Miami, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 7, 2025

**SUMMONS**



Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PATAGONIA, INC. <br><br> *Plaintiff(s)* <br> v. <br> PATAGONIA CANDLES LLC, et al, <br><br> *Defendant(s)* | Civil Action No.  25-CV-25160 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MICHELE MIQUELARENA
1835 NW 112th Ave. 174
Miami Florida, 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jaime Rich Vining, Esq.
Friedland Vining, P.A.
6619 South Dixie Highway, Box 157
Miami, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Nov 7, 2025

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PATAGONIA, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> PATAGONIA CANDLES LLC, et al, <br><br> *Defendant(s)* | Civil Action No.  25-CV-25160 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATAGONIA CANDLES LLC
c/o Breaking Dream Limits LLC dba BDL CAPITAL, Registered Agent
1835 NW 112TH AVE, #174
Miami, FL FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jaime Rich Vining, Esq.
Friedland Vining, P.A.
6619 South Dixie Highway, Box 157
Miami, FL 33143

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 7, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts